■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP E. KROFT, Jr., Also Known as PHILLIP E. KROFT, Appellant. [944 NYS2d 712]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered February 23, 2011. The judgment convicted defendant, upon his plea of guilty, of rape in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Fahey and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EXCELL J. MARKS, Appellant. [944 NYS2d 712]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered May 17, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Fahey and Sconiers, JJ.